UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB A. JOHNSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>JANE DOE 1, et al.,<br><br>        Defendants. | Case No. C25-5393-JNW-SKV<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    This case is DISMISSED without prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 6th day of August, 2025 .

                                        JAMAL N. WHITEHEAD
                                        United States District Judge

ORDER - 1